No. 00–938. GRUMHAUS ET AL. *v.* COMERICA SECURITIES, INC. C. A. 7th Cir. Certiorari denied.

No. 00–939. GREGG ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–967. BIGELOW *v.* DEPARTMENT OF DEFENSE. C. A. D. C. Cir. Certiorari denied.

No. 00–969. SQUILLACOTE ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–1054. RANDELL *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1080. BRITTON *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–1086. LOPEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–1131. SMURFIT-STONE CONTAINER CORP. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 00–1251. PERRONE ET AL. *v.* GENERAL MOTORS ACCEPTANCE CORP. C. A. 5th Cir. Certiorari denied.

No. 00–1261. HOOKS ET UX., INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF HOOKS, A MINOR *v.* CLARK COUNTY SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1268. RANEY *v.* AWARE WOMAN CENTER FOR CHOICE, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1270. BERKLEY *v.* H&R BLOCK EASTERN TAX SERVICES, INC. Ct. App. Tenn. Certiorari denied.

No. 00–1274. CAMPBELL ET AL. *v.* NATIONAL EDUCATION ASSN. C. A. D. C. Cir. Certiorari denied.